IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JAIRUS BERNARD MOORE,                          *

              Plaintiff,               *

v.                                                             Case No.   5:21-CV-225 (MTT)
                                            *

TERRY E. BARNARD, et al.,                        *

              Defendants.           *

_____   *

## J U D G M E N T

Pursuant to this Court's Order dated September 28, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 29th day of September, 2021.

David W. Bunt, Clerk


s/ Heather Willis, Deputy Clerk